IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LANEITRA FORTE,**

    **Plaintiff,**

                                                        **CASE NO. 3:14-cv-1-RS-CJK**

**WEST FLORIDA MEDICAL CENTER
CLINIC P.A.,**

    **Defendant.**
_____/

## ORDER

The relief requested in Defendant's Motion to Stay Proceedings on Plaintiff's Motion for Attorneys' Fees (Doc. 67) is **GRANTED**.  Plaintiff Fourte's Motion for Equitable Relief (Doc. 62) is **DENIED WITHOUT PREJUDICE** as not yet ripe, with leave to refile after ripening. In FMLA actions, the court shall, "*in addition to any judgment awarded* to the plaintiff, allow a reasonable attorney's fee." 29 U.S.C. § 2617(a)(3) (Emphasis added). Such a motion for fees is only appropriate after final judgment has been entered. *See, e.g.*, *Cross v. Wal-mart Associate Inc.,* 4:11-cv-135 (N.D. Fla. 2011); *Williams v. Crown Liquors of Broward, Inc.,* 11-CIV-61341 (S.D. Fla. 2011) (motion for attorneys' fees filed after final judgment was entered after considering plaintiff's post-verdict motion for equitable relief). Furthermore, the Federal Rules require a motion for attorneys' fees to "specify the

judgment . . . entitling the movant to the award." Fed. R. Civ. P. 54(d)(2)(B)(ii) (emphasis added).

Plaintiff shall file a reply to Defendant's Opposition to Plaintiff's Motion for Equitable Relief and Request for Hearing (Doc. 66) not later than **November 21, 2014**.

**ORDERED** on November 7, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**